# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 07-80136-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RAYMOND KRAMER,
AARON SPOERKE,
    Defendants.

-------------------------------------------------/

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE come before the court upon the report and recommendation of a United States Magistrate as to Defendant Raymond Kramer's motion to suppress physical evidence, [DE 41], filed October 22, 2007, and Defendant Aaron Spoerke's motion to suppress physical evidence and any statements obtained as a result of an illegal stop, [DE47], filed October 26, 2007.  In accordance with 28 U.S.C. §636 (b)(1)(c), and upon defendant's objections to the magistrate's report, this court conducted a *de novo* review of the matter.  Upon such review, the court is in complete accord with the magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The magistrate judge's report and recommendation are **adopted**.

2. The defendant's motions to suppress, [DE 41 and 47], are **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __2ND__ day of January, 2008.

copy furnished:
Chief Magistrate Judge Ann E. Vitunac
All counsel of record

Daniel T. K. Hurley
United States District Judge