# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80136-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RAYMOND KRAMER,
AARON SPOERKE,
    Defendants.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to defendant Aaron Spoerke's motion to suppress all verbal statements obtained by law enforcement following the August 15, 2007, traffic stop of co-defendant Kramer's vehicle based on a _miranda_ violation, [DE 73]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to suppress the verbal statements is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _15th_ day of January, 2008.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Janice LeClainche
AFPD Neison M. Marks
Michael Salnick, Esq.

Daniel T. K. Hurley
United States District Judge