UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80136-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RAYMOND KRAMER,
and AARON SPOERKE,
    Defendants.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the report and recommendation of a United States Magistrate as to defendant Raymond Kramer's motion to dismiss the indictment, [DE 80], filed January 9, 2008, and defendant Aaron Spoerke's motion to adopt defendant Kramer's motion to dismiss the indictment, [DE 82], filed January 10, 2008. In accordance with 28 U.S.C. §636(b)(1)(c), and upon defendant Raymond Kramer's objections to the magistrate's report, [DE 103], and defendant Aaron Spoerke's motion to adopt defendant Kramer's objections to the magistrate's report, [DE 106], this court conducted a *de novo* review of the matter. Upon such review, the court is in complete accord with the magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

    **ORDERED** and **ADJUDGED** that:

    1. The magistrate judge's report and recommendation are **adopted**.

2. The defendant's motion to dismiss the indictment is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of February, 2008.

**copy furnished:**
Chief Magistrate Judge Ann E. Vitunac
All counsel of record

Daniel T. K. Hurley
United States District Judge